COPY

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ALAMEDA COUNTY, CALIFORNIA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3278 |
| AIG FINANCIAL PRODUCTS CORP., et al. | ) |
| Defendant | ) |

E-filing   EDL

## Summons in a Civil Action

To: (see attached list)
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eric B. Fastiff
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 8 2008

Richard W. Wieking
Name of clerk of court
**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

▲ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                 _____
                         Server's signature

                 _____
                         Printed name and title

                 _____
                         Server's address

## ATTACHMENT TO SUMMONS

### *Defendants To Be Served:*

AIG FINANCIAL PRODUCTS CORP.
AIG SUNAMERICA LIFE ASSURANCE CO.
BANK OF AMERICA CORPORATION
BANK OF AMERICA, N.A.
BEAR STEARNS COMPANIES, INC.
CAIN BROTHERS & COMPANY, LLC
CDR FINANCIAL PRODUCTS, INC.
FINANCIAL GUARANTY INSURANCE CO.
FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.
FIRST SOUTHWEST COMPANY
GE FUNDING CAPITAL MARKET SERVICES, INC.
GENWORTH FINANCIAL, INC.
GENWORTH FINANCIAL INVESTMENT MANAGEMENT, LLC.
GEORGE K. BAUM & COMPANY
INVESTMENT MANAGEMENT ADVISORY GROUP, INC.
JPMORGAN CHASE & CO.
JPMORGAN CHASE BANK, N.A.
KINSELL NEWCOMB & DE DIOS, INC.
LEHMAN BROTHERS INC.
MERRILL LYNCH & CO. INC.
MORGAN KEEGAN & CO., INC.
MORGAN STANLEY
NATIONAL WESTMINSTER BANK plc
NATIXIS, S.A.
PACKERKISS SECURITIES, INC.
PIPER JAFFRAY & CO.
SECURITY CAPITAL ASSURANCE, INC.
SHOCKLEY FINANCIAL CORP.
SOCIÉTÉ GÉNÉRALE
SOUND CAPITAL MANAGEMENT, INC.
TRINITY FUNDING COMPANY, LLC
UBS AG
UBS SECURITIES LLC.
UBS FINANCIAL SERVICES, INC.
WACHOVIA BANK, N.A.
WACHOVIA CORPORATION
WINTERS & CO. ADVISORS, LLC
XL ASSET FUNDING COMPANY 1 LLC
XL CAPITAL, LTD.
XL LIFE INSURANCE & ANNUITY COMPANY