Donald F. Zimmer, Jr. (Bar No. 112279)
Brenda N. Buonaiuto (Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
E-mails: fzimmer@kslaw.com
         bbuonaiuto@kslaw.com

*Of Counsel*

Kevin R. Sullivan
Shannon M. Kasley
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
E-mails: krsullivan@kslaw.com
         skasley@kslaw.com

Counsel for Defendants
Bank of America, N.A. and
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISO DIVISION)

| | |
|---|---|
| COUNTY OF ALAMEDA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*,<br><br>Defendants. | Case No. CV 08 3278 EDL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS the above-captioned matter is a tag-along action to the *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950, and as such, will be transferred to the Southern

1  District of New York for consolidated pre-trial proceedings pursuant to the Panel on Multidistrict
2  Litigation's June 16, 2008 order;
3        WHEREAS Defendants Bank of America, N.A. and Bank of America Corporation
4  (collectively "Bank of America") have sought the consent of plaintiff County of Alameda,
5  California ("Alameda") for an extension of time to file an answer or otherwise respond to the
6  Class Action Complaint in the above-referenced action;
7        WHEREAS Bank of America has offered to produce and/or provide documents to
8  Alameda on the same terms and subject to the same conditions as plaintiffs in other related
9  litigation and that offer shall remain available to Alameda;
10       WHEREAS Bank of America has sought no other extensions in the above-referenced
11 action to date;
12       WHEREAS on July 8, 2008, the Court entered a Case Management Conference Order
13 setting a Case Management Conference for Tuesday, October 14, 2008 and the submission of a
14 Case Management Statement by October 7, 2008. It is possible, therefore, that this Stipulation
15 would alter an event or deadline fixed by Court order. As noted above, however, this matter is to
16 be transferred to the Southern District of New York, and as such, this extension will likely not
17 alter an event or deadline fixed by Court order;
18       WHEREAS Alameda has consented to an extension of time for Bank of America to
19 answer or otherwise respond to the Class Action Complaint in the above-referenced action;
20       WHEREAS Alameda agrees that submission of this Stipulation should be without
21 prejudice to Bank of America or any other defendant to this action;
22       THE PARTIES HEREBY STIPULATE that Defendants Bank of America, N.A. and Bank
23 of America Corporation are granted an extension of time to answer or otherwise respond to the
24 Class Action Complaint in the above-referenced action until the 60th day after plaintiff has filed a

1  consolidated amended complaint (or has announced by filed notice that it will not be filing a
2  consolidated amended complaint), unless the transferee court orders otherwise; provided,
3  however, that in the event Bank of America agrees to an earlier response date in any municipal
4  derivatives case, Bank of America shall respond to the County of Alameda's complaint on that
5  earlier date.
6
7      IT IS SO STIPULATED:

8  KING & SPALDING LLP                          LIEFF, CABRASER, HEIMANN &
                                                BERNSTEIN, LLP
9

10 By: /s/ Brenda Buonaiuto                     By: /s/ Eric B. Fastiff
11     Donald F. Zimmer, Jr. (Bar No. 112279)       Eric B. Fastiff (Bar No. 182260)
       Brenda N. Buonaiuto (Bar No. 173919)         Richard M. Heimann (Bar No. 63607)
12     ~~275 Battery Street, 30th Floor~~           Joseph R. Saveri (Bar No. 130064)
       Four Embarcadero Center                      Jordan Elias (Bar No. 228731)
13     Suite 3500                                   San Francisco, California 94111-3339
       San Francisco, California 94111              Telephone: (415) 956-1000
14     Telephone: (415) 318-1200                    Facsimile: (415) 956-1008
15     Facsimile: (415) 318-1300
                                                    Counsel for Plaintiff
16     Counsel for Defendants                       County of Alameda
       Bank of America, N.A.
17     Bank of America Corporation

18
19 Dated: July 21, 2008                         Dated: July 21, 2008
20
21 PURSUANT TO STIPULATION, IT IS SO ORDERED this ___ day of July, 2008.
22
23                                              _____
                                                Hon. Elizabeth D. Laporte
24
25
26
27
28