Donald F. Zimmer, Jr. (Bar No. 112279)
Brenda N. Buonaiuto (Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
E-mails: fzimmer@kslaw.com
          bbuonaiuto@kslaw.com

*Of Counsel*

Kevin R. Sullivan
Shannon M. Kasley
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
E-mails: krsullivan@kslaw.com
          skasley@kslaw.com

Counsel for Defendants
Bank of America, N.A. and
Bank of America Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISO DIVISION)**

| | |
|---|---|
| COUNTY OF ALAMEDA, CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> AIG FINANCIAL PRODUCTS CORP., *et al.*, <br><br> Defendants. | Case No. **CV 08 3278 EDL** <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS the above-captioned matter is a tag-along action to the *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950, and as such, will be transferred to the Southern

District of New York for consolidated pre-trial proceedings pursuant to the Panel on Multidistrict Litigation's June 16, 2008 order;

WHEREAS Defendants Bank of America, N.A. and Bank of America Corporation (collectively "Bank of America") have sought the consent of plaintiff County of Alameda, California ("Alameda") for an extension of time to file an answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Bank of America has offered to produce and/or provide documents to Alameda on the same terms and subject to the same conditions as plaintiffs in other related litigation and that offer shall remain available to Alameda;

WHEREAS Bank of America has sought no other extensions in the above-referenced action to date;

WHEREAS on July 8, 2008, the Court entered a Case Management Conference Order setting a Case Management Conference for Tuesday, October 14, 2008 and the submission of a Case Management Statement by October 7, 2008. It is possible, therefore, that this Stipulation would alter an event or deadline fixed by Court order. As noted above, however, this matter is to be transferred to the Southern District of New York, and as such, this extension will likely not alter an event or deadline fixed by Court order;

WHEREAS Alameda has consented to an extension of time for Bank of America to answer or otherwise respond to the Class Action Complaint in the above-referenced action;

WHEREAS Alameda agrees that submission of this Stipulation should be without prejudice to Bank of America or any other defendant to this action;

THE PARTIES HEREBY STIPULATE that Defendants Bank of America, N.A. and Bank of America Corporation are granted an extension of time to answer or otherwise respond to the Class Action Complaint in the above-referenced action until the 60th day after plaintiff has filed a

consolidated amended complaint (or has announced by filed notice that it will not be filing a consolidated amended complaint), unless the transferee court orders otherwise; provided, however, that in the event Bank of America agrees to an earlier response date in any municipal derivatives case, Bank of America shall respond to the County of Alameda's complaint on that earlier date.

IT IS SO STIPULATED:

| KING & SPALDING LLP | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: /s/ Brenda Buonaiuto | By: /s/ Eric B. Fastiff |
| Donald F. Zimmer, Jr. (Bar No. 112279)<br>Brenda N. Buonaiuto (Bar No. 173919)<br><s>275 Battery Street, 30th Floor</s><br>Four Embarcadero Center<br>Suite 3500<br>San Francisco, California 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | Eric B. Fastiff (Bar No. 182260)<br>Richard M. Heimann (Bar No. 63607)<br>Joseph R. Saveri (Bar No. 130064)<br>Jordan Elias (Bar No. 228731)<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| Counsel for Defendants<br>Bank of America, N.A.<br>Bank of America Corporation | Counsel for Plaintiff<br>County of Alameda |
| Dated: July 21, 2008 | Dated: July 21, 2008 |

PURSUANT TO STIPULATION, IT IS SO ORDERED this 22 day of July, 2008.

_____
Hon. Elizabeth D. Laporte

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

-3-

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No. CV 08 3278 EDL