SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (SBN No. 213118)
jostrow@stblaw.com
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A. and
BEAR STEARNS COMPANIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| COUNTY OF ALAMEDA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.<br><br>Defendants. | Case No. CV-08-3278 (EDL)<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Bear Stearns Companies, Inc. certifies as follows:

JPMorgan Chase & Co. is a publicly held corporation. No publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

JPMorgan Chase Bank, N.A. is not a publicly held corporation. JPMorgan Chase & Co. is the ultimate parent corporation of JPMorgan Chase Bank, N.A. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

Bear Stearns Companies LLC (f/k/a Bear Stearns Companies, Inc.) is not a publicly held corporation. JPMorgan Chase & Co. is the ultimate parent corporation of Bear Stearns

Companies LLC. No other publicly held corporation owns 10 percent or more of Bear Stearns Companies LLC's stock.

Dated: July 23, 2008

          SIMPSON THACHER & BARTLETT LLP

          By _____
              Jeffrey E. Ostrow (SBN No. 213118)
              jostrow@stblaw.com
              SIMPSON THACHER & BARTLETT LLP
              3330 Hillview Avenue
              Palo Alto, California 94304
              Telephone: (650) 251-5000
              Facsimile: (650) 251-5002

              Attorneys for Defendants
              JPMORGAN CHASE & CO., JPMORGAN
              CHASE BANK, N.A. and
              BEAR STEARNS COMPANIES, INC.