Jeffrey E. Ostrow (SBN No. 213118)
jostrow@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendant
JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A. and
Bear Stearns Companies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| COUNTY OF ALAMEDA, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., et al.<br><br>Defendants. | Case No. CV-08-3278 (EDL)<br><br>**STIPULATION CONCERNING RESPONSES TO THE COMPLAINT** |

WHEREAS, on June 16, 2008, the Judicial Panel on Multidistrict Litigation (the "JPML") ordered centralization in the Southern District of New York of a number of similar actions, *In re Municipal Derivatives Antitrust Litigation*, MDL Docket No. 1950; and

WHEREAS, on July 9, 2008, County of Alameda ("Plaintiff") filed a Tag-Along Notice with the JPML seeking transfer of this action to the United States District Court for the Southern District of New York pursuant to Rule 7.4 of the JPML Rules of Procedure.

WHEREAS, for efficiency's sake, briefing on pre-answer motions to dismiss in this action should not be scheduled until plaintiff has had additional time to effect service, the

action has been transferred to the United States District Court for the Southern District of New York and any consolidated complaint has been filed; and

WHEREAS, although the consent of defendants other than JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and Bear Stearns Companies, Inc. is not required because no defendant's position is compromised by this Stipulation, counsel for these defendants can nevertheless report that identified counsel for the other defendants have been canvassed and all support the Court's approval of this Stipulation,

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. or any other defendant to this action,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and Bear Stearns Companies, Inc. as follows:

1. No defendant need respond to the complaint in this action before the 60th day after Plaintiff has filed a consolidated amended complaint;

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this stipulation;

3. No defense of JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bear Stearns Companies, Inc. or any other defendant to this action is prejudiced or waived by its submission of this Stipulation, including but not limited to assertion of jurisdictional defenses; and

4. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional and venue defenses.

So Stipulated and Agreed.

Date: July 21, 2008

By: */s/ Eric B. Fastiff*

Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Richard E. Winnie (SBN 68048)
County Counsel
richard.winnie@acgov.org
Brian E. Washington (SBN 146807)
Assistant County Counsel
brian.washington@acgov.org
Claude F. Kolm (SBN 83517)
Deputy County Counsel
claude.kolm@acgov.org
COUNTY OF ALAMEDA, CALIFORNIA
1221 Oak Street, Suite 463
Oakland, CA 94612
(510) 272-6700
(510) 272-5020 (fax)

| | |
|---|---|
| 1 | James A. Quadra (SBN 131084) |
|   | quadra@meqlaw.com |
| 2 | Sylvia Sokol (SBN 200126) |
| 3 | sokol@meqlaw.com |
|   | MOSCONE, EMBLIDGE & QUADRA, LLP |
| 4 | 220 Montgomery Street |
|   | Mills Tower, Suite 2100 |
| 5 | San Francisco, CA 94104 |
|   | (415) 362-3599 |
| 6 | (415) 362-2006 (fax) |
| 7 | |
|   | *Attorneys for Individual and Representative Plaintiff* |
| 8 | *County of Alameda, California* |
| 9 | |
| 10 | |
| 11 | By: _____ |
| 12 | Jeffrey E. Ostrow (SBN No. 213118) |
|    | jostrow@stblaw.com |
| 13 | SIMPSON THACHER & BARTLETT LLP |
|    | 2550 Hanover Street |
| 14 | Palo Alto, California 94305 |
|    | Telephone: (650) 251-5000 |
| 15 | Facsimile: (650) 251-5002 |
| 16 | *Attorneys for defendant JPMorgan Chase & Co.,* |
|    | *JPMorgan Chase Bank, N.A., and Bear Stearns* |
| 17 | *Companies, Inc.* |