| | |
|---|---|
| 1 | Richard E. Winnie, County Counsel (SBN 68048) |
| | *richard.winnie @acgov.org* |
| 2 | Brian E. Washington, Assistant County Counsel (SBN 146807) |
| | *brian.washington@acgov.org* |
| 3 | Claude F. Kolm, Deputy County Counsel (SBN 83517) |
| | *claude.kolm@acgov.org* |
| 4 | COUNTY OF ALAMEDA, CALIFORNIA |
| | 1221 Oak Street, Suite 463 |
| 5 | Oakland, CA 94612 |
| | Telephone:   (510) 272-6700 |
| 6 | Facsimile:    (510) 272-5020 |
| 7 | Richard M. Heimann (SBN 63607) |
| | *rheimann@lchb.com* |
| 8 | Joseph R. Saveri (SBN 130064) |
| | *jsaveri@lchb.com* |
| 9 | Eric B. Fastiff (SBN 182260) |
| | *efastiff@lchb.com* |
| 10 | Jordan Elias (SBN 228731) |
| | *jelias@lchb.com* |
| 11 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 12 | San Francisco, California 94111 |
| | Telephone:   (415) 956-1000 |
| 13 | Facsimile:    (415) 956-1008 |
| 14 | *Attorneys for Individual and Representative Plaintiff* |
| | *County of Alameda, California* |
| 15 | |
| 16 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | COUNTY OF ALAMEDA, CALIFORNIA, a Municipal Corporation, on behalf of itself and all others similarly situated, | Case No. 08-3278 (EDL) |
| 20 | | **PROOF OF SERVICE BY FEDERAL EXPRESS** |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | AIG FINANCIAL PRODUCTS CORP., *et al.*, | |
| 24 | Defendants. | |

1  I am a citizen of the United States and employed in New York, New York. I am over the
2  age of eighteen years and not a party to the within-entitled action. My business address is
3  780 Third Avenue, 48th Floor, New York, NY 10017-2024.
4  On July 23, 2008, I caused the following document(s):

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
2. **STANDING ORDER OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE;**
3. **STANDING ORDER RE CASE MANAGEMENT CONFERENCE;**
4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;**
5. **U.S. DISTRICT NORTHERN CALIFORNIA: ECF REGISTRATION INFORMATION HANDOUT;**
6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
7. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**
8. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**
9. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and**
10. **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

to be served by Federal Express on the following individual(s):

**[SEE ATTACHED LIST]**

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on July 28, 2008.

Daniel E. Seltz

## SERVICE LIST

ALDEN L. ATKINS
VINSON & ELKINS, LLP
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20004
PHONE: (202) 639-6613
FAX: (202) 879-8813
EMAIL: aatkins@velaw.com
COUNSEL FOR FIRST SOUTHWEST COMPANY

JOHN E. BEERBOWER
MAREK P. KRZYZOWSKI
CRAVATH, SWAINE & MOORE LLP
825 EIGHTH AVENUE
WORLDWIDE PLAZA
NEW YORK, NY 10019
PHONE: (212) 474-1000
FAX: (212) 474-3700
EMAIL: jbeerbower@cravath.com; mkryzowski@cravath.com
jbeerbower@cravath.com
COUNSEL FOR FINANCIAL GUARANTY INSURANCE CO.

PAUL M. ECKLES
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 735-3000
FAX: (212) 735-2000
EMAIL: paul.eckles@skadden.com
COUNSEL FOR MORGAN STANLEY

DAVID S. EGGERT
ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, DC 20004-1202
PHONE: (202) 942-5000
FAX: (202) 942-5999
EMAIL: david.eggert@aporter.com
COUNSEL FOR GE FUNDING CAPITAL MARKET SERVICES, INC.

JON R. FETTEROLF
WILLIAMS & CONNOLLY LLP
EDWARD BENNETT WILLIAMS BLDG.
725 TWELFTH STREET, N.W.
WASHINGTON, DC 20005
PHONE: (202) 434-5000
FAX: (202) 434-5029
EMAIL: jfetterolf@wc.com
COUNSEL FOR UBS AG

ELLIOT GREENFIELD
DEBEVOISE & PLIMPTON, LLP
919 THIRD AVENUE
NEW YORK, NY 10022
PHONE: (212) 909-6000
FAX: (212) 909-6836
EMAIL: egreenfi@debevoise.com
COUNSEL FOR SECURITY CAPITAL ASSURANCE, INC.

RICHARD W. BECKLER
JOHN C. LETTERI; JOSEPH WALKER
HOWREY LLP
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
PHONE: (202) 383-6519
FAX: (202) 383-6610
EMAIL: becklerr@howrey.com; letterij@howrey.com   becklerr@howrey.com

COUNSEL FOR CDR FINANCIAL PRODUCTS

JOSEPH J. BIAL
CADWALADER, WICKERSHAM & TAFT LLP
1201 F STREET, N.W.
WASHINGTON, DC 20004
PHONE: (202) 862-2200
FAX: (202) 862-2400
EMAIL: joseph.bial@cwt.com
COUNSEL FOR FINANCIAL SECURITY ASSURANCE
HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE,

JOSEPH DOWELL EDMONDSON, JR.
FOLEY & LARDNER LLP
3000 K STREET, N.W.
WASHINGTON, DC 20007-5109
PHONE: (212) 672-5300
FAX: (202) 672-5399
EMAIL: jedmondson@foley.com
COUNSEL FOR MORGAN KEEGAN & CO.

JAY N. FASTOW
DICKENSTEIN SHAPIRO LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2714
PHONE: (212) 277-6500
FAX: (212) 277-6501
EMAIL: FastowJ@dickensteinshapiro.com
COUNSEL FOR NATIONAL WESTMINSTER BANK plc

NEIL K. GILMAN
HUNTON & WILLIAMS
1900 K STREET, N.W.
WASHINGTON, DC 20006
PHONE: (202) 955-1500
FAX: (202) 778-2201
EMAIL: ngilman@hunton.com
COUNSEL FOR GENWORTH FINANCIAL, INC.

TIMOTHY E. HOEFFNER
SAUL EWING LLP
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
PHONE: (215) 972-7777
FAX: (215) 972-7725
EMAIL: thoeffner@saul.com
COUNSEL FOR INVESTMENT MANAGEMENT ADVISORY GROUP, INC.

J. JACKSON
DORSEY & WHITNEY, LLP
50 SOUTH SIXTH STREET
SUITE 1500
MINNEAPOLIS, MN 55402-1498
PHONE: (612) 340-2600
FAX: (612) 340-2643
EMAIL: jackson.j@dorsey.com
COUNSEL FOR PIPER JAFFREY & CO.

DANIEL F. KAPLAN
PERRY, GUTHERY, HAASE & GESSFORD P.C., LLO
233 SOUTH 13TH STREET
SUITE 1400
LINCOLN, NE 68508
PHONE: (402) 476-9200
FAX: (402) 476-0094
EMAIL: dkaplan@perrylawfirm.com
COUNSEL FOR SHOCKLEY FINANCIAL CORP.

MAYA M. LOCKWOOD
BURTON W. WIAND
FOWLER WHITE BOGGS BANKER P.A
501 E. KENNEDY BLVD.
SUITE 1700
TAMPA, FL 33602
PHONE: (813) 228-7411
FAX: (813) 229-8313
EMAIL: mlockwood@fowlerwhite.com   bwiand@fowlerwhite.com
COUNSEL FOR PACKERKISS SECURITIES, INC.

MARK E. MASTERS
GARY S. LICENBERG
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS &
LICENBERG, P.C.
1875 CENTURY PARK EAST
23RD FLOOR
LOS ANGELES, CA 90067-2561
PHONE: (310) 201-2100
FAX: (310) 201-2110
EMAIL: mem@birdmarella.com; gs1@birdmarella.com
COUNSEL FOR WINTERS & CO. ADVISORS, LLC

NICOLE M. MOEN
JOHN W. LUNDQUIST
FREDRIKSON & BYRON, P.A.
200 SOUTH SIXTH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425
PHONE: (612) 492-7000
FAX: (612) 492-7077
EMAIL: nmoen@fredlaw.com
COUNSEL FOR SOUND CAPITAL MANAGEMENT, INC.

THOMAS C. RICE
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PHONE: (212) 455-2000
FAX: (212) 455-2502
EMAIL: trice@stblaw.com
COUNSEL FOR JP MORGAN CHASE & CO.

JULIA JORDAN
SULLIVAN & CROMWELL LLP
1701 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006-5805
PHONE: (202) 956-7500
FAX: (202) 293-6330
EMAIL: jordanjm@sullcrom.com
COUNSEL FOR WACHOVIA BANK, N.A., WACHOVIA

HOWARD J. KAPLAN
ARKIN KAPLAN RICE LLP
590 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10022
PHONE: (212) 333-0200
FAX: (212) 333-2350
EMAIL: hkaplan@arkin-law.com
COUNSEL FOR CAIN BROTHERS & CO., LLC

JOHN W. LUNDQUIST
FREDRIKSON & BYRON, P.A.
200 SOUTH SIXTH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425
PHONE: (612) 492-7000
FAX: (612) 492-7077
EMAIL: jlundquist@fredlaw.com
COUNSEL FOR SOUND CAPITAL MANAGEMENT, INC.

JOHN V. MCDERMOTT
HOLME ROBERTS & OWEN LLP
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203-4541
PHONE: (303) 861-7000
FAX: (303) 866-0200
EMAIL: john.mcdermott@hro.com
COUNSEL FOR GEORGE K. BAUM & CO.

JEFFREY E. OSTROW
SIMPSON THACHER & BARTLETT LLP
2550 HANOVER STREET
PALO ALTO, CA 94305
PHONE: (650) 251-5000
FAX: (650) 251-5002
EMAIL: jostrow@stblaw.com
COUNSEL FOR JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A.

ANNETTE C. RIZZI
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PHONE: (212) 455-2000
FAX: (212) 455-2502
EMAIL: arizzi@stblaw.com
COUNSEL FOR BEAR STEARNS & CO., INC.

BRIAN E. ROBISON
VINSON & ELKINS, LLP
3700 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TX  75201-2975
PHONE: (214) 220-7770
FAX: (214) 999-7770
EMAIL: brobison@velaw.com
COUNSEL FOR FIRST SOUTHWEST CO.

HOWARD J. RUBIN
DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NY  10019
PHONE: (212) 468-4800
FAX: (212) 468-4888
EMAIL: hrubin@dglaw.com
COUNSEL FOR NATIXIS S.A.

MOSES SILVERMAN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064
PHONE: (212) 373-3000
FAX: (212) 757-3990
EMAIL: msilverman@paulweiss.com
COUNSEL FOR LEHMAN BROTHERS, INC.

KEVIN R. SULLIVAN
KING & SPALDING
1700 PENNSYLVANIA AVENUE, N.W.
SUITE 200
WASHINGTON, DC  20006-2706
PHONE: (202) 737-0500
FAX: (202) 626-3737
EMAIL: ksullivan@kslaw.com
COUNSEL FOR BANK OF AMERICA; BANK OF AMERICA,

MICHAEL O. WARE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY  10019-5820
PHONE: (212) 506-2500
FAX: (212) 262-1910
EMAIL: mware@mayerbrown.com
COUNSEL FOR SOCIETE GENERALE SA

RICHARD B. ZABEL
AKIN GUMP STRAUSS HAUER & FELD LLP
590 MADISON AVENUE
NEW YORK, NY  10022
PHONE: (212) 872-1000
FAX: (212) 872-1002
EMAIL: rzabel@akingump.com
COUNSEL FOR AIG FINANCIAL CORP.; AIG SUN AMERICA LIFE ASSURANCE CO.

THORN ROSENTHAL
CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY  10005-1702
PHONE: (212) 701-3000
FAX: (212) 269-5420
EMAIL: trosenthal@cahill.com
COUNSEL FOR XL ASSET FUNDING COMPANY I, LLC (erroneously sued as XL Asset Funding); XL LIFE INSURANCE & ANNUITY CO.; XL CAPITAL, LTD.

GEORGE R. SERDAR
MESSERLI & KRAMER P.A.
1800 FIFTH STREET TOWERS
150 SOUTH FIFTH STREET
MINNEAPOLIS, MN  55402
PHONE: (612) 672-3600
FAX: (612) 672-3777
EMAIL: gserdar@messerlikramer.com
COUNSEL FOR KINSELL NEWCOMB & DE DIOS, INC.

EDWARD M. SPIRO
MORVILLO, ABRAMOWITZ, GRAND, IASON ET AL.
565 FIFTH AVENUE
NEW YORK, NY  10017
PHONE: (212) 856-9600
FAX: (212) 856-9494
EMAIL: espiro@maglaw.com
COUNSEL FOR MERRILL LYNCH & CO.; MERRILL LYNCH & CO., INC.

DOUGLAS L. WALD
ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, DC  20004-1202
PHONE: (202) 942-5000
FAX: (202) 942-5999
EMAIL: douglas.wald@aporter.com
COUNSEL FOR GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC

BURTON W. WIAND
FOWLER WHITE BOGGS BANKER P.A
501 E. KENNEDY BLVD.
SUITE 1700
TAMPA, FL  33602
PHONE: (813) 228-7411
FAX: (813) 229-8313
EMAIL: bwiand@fowlerwhite.com
COUNSEL FOR PACKERKISS SECURITIES, INC.