**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                        415.522.2000

August 19, 2008

***Via Certified Mail***

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, New York   10007

**RE:  County of Alameda, California  -v- AIG Financial Products Corp., et al., Case**
      **Number C-08-3278-EDL**
      **In re Municipal Derivatives Antitrust Litigation, MDL  No. 1950 & Case No. 08-CV-7034**

Dear Clerk,

        Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith
are:

        ☒        Certified copy of docket entries.

        ☒        Certified copy of Transferral Order.

        ☒        Original case file documents.

        X        Please access the electronic case file for all the pleadings you may need.


                                Sincerely,
                                RICHARD W. WIEKING, Clerk


                                by:  Thelma Nudo
                                        Deputy Clerk


Enclosures
Copies to counsel of                                        record